UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DOMONIC ANTONIO COOPER,<br><br>        Plaintiff,<br><br>        v.<br><br>SHERIFF JOHN McMAHON, et al.,<br><br>        Defendants. | No. ED CV 16-2099-PSG (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendants' Motion for Summary Judgment is granted and the First Amended Complaint is dismissed with prejudice.
3. Judgment shall be entered consistent with this Order.
4. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: June 26, 2019

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE