# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DOMONIC ANTONIO COOPER, | No. ED CV 16-2099-PSG (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SHERIFF JOHN McMAHON, et al., | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this matter is dismissed with prejudice.

DATED: June 26, 2019

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE